## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

(1) CALVIN and MICHELLE OLDHAM,   )
husband and wife; (2) OKLAHOMA FARM   )
BUREAU MUTUAL INSURANCE COMPANY,   )
an Oklahoma Corporation; and   )
(3) ALLSTATE INSURANCE COMPANY,   )
   )
          Plaintiffs,   )
   )
vs.   )   Case No. 5:06-CV-0070
   )
(1) FORD MOTOR COMPANY,   )   Removed from Pottawatomie County
a Foreign Corporation,   )   Case No. CJ-2005-1282
          Defendant.   )

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

All parties to this action, including Calvin and Michelle Oldham, Oklahoma Farm Bureau

Mutual Insurance Company, and Allstate Insurance Company, Plaintiffs, and Ford Motor Company,

Defendant, stipulate to the dismissal of this action without prejudice, pursuant to Fed. R. Civ. P.

41(a).

Respectfully submitted,

BY:   s/ KIM M. RYTTER
      **KENNETH W. ELLIOTT**, OBA # 2686
      **KIM M. RYTTER**, OBA # 20825
      ELLIOTT and PEDERSON
      City Place Building, 22nd Floor
      204 N. Robinson
      Oklahoma City, Oklahoma 73102
      405-236-3600 (O); 239-2265 (F)
      **ATTORNEYS FOR PLAINTIFFS**

APPROVED:


BY:   s/ MARK BLASDEL
      (*Signed by Kim Rytter with permission*
      *of Mark Blasdel*)
      **MARK BLASDEL,** OBA # 870
      625 N.W. 13th Street
      Oklahoma City, OK 73103
      405-528-8700 (O); 525-2454 (F)
      **ATTORNEY FOR PLAINTIFF**
      **ALLSTATE INSURANCE COMPANY**

BY:   <u>s/ ANDREW L. RICHARSON</u>
      *(Signed copy of document bearing signature of*
      *Andrew L. Richardson is being maintained in the*
      *office of Kim M. Rytter)*
      **MARY QUINN COOPER**, OBA #11966
      **ANDREW L. RICHARDSON**, OBA # 16298
      **SELIM K. FIAGOME**, OBA # 20202
      ELDRIDGE COOPER STEICHEN & LEACH, P.L.L.C.
      P.O. Box 3566
      Tulsa, Oklahoma 74101-3566
      918-388-5555 (O); 918-388-5654 (F)
      **ATTORNEYS FOR DEFENDANT**
      **FORD MOTOR COMPANY**

3

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2006, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

**Attorney for Plaintiff**
**Allstate Insurance Company**
Mark Blasdel, OBA #870
625 N.W. 13th Street
Oklahoma City, OK 73103
405-528-8700 (O); 525-2454 (F)

**Attorneys for Defendant**
**Ford Motor Company**
Andrew L. Richardson, OBA #16298
Mary Quinn Cooper, OBA #11966
Selim K. Fiagome, OBA #20202
Eldridge Cooper Steichen & Leach, P.L.L.C.
P.O. Box 3566
Tulsa, OK 74101-3566
918-388-5555 (O); 388-5654 (F)


s/ KIM  M. RYTTER
KIM M. RYTTER

4